# Walker & Walker Law Offices, PLLC

**Attorneys**
Curtis K. Walker
Andrew C. Walker
Bennett Hartz
Ethan J. Mustonen
Paul H. Weig
Maren Bardal
Jacquelyn Qualle

4356 Nicollet Avenue South
Minneapolis, Minnesota 55409
Phone: (612) 824-4357
Fax: (612) 824-8005
www.bankruptcytruth.com

**Paralegals**
Jennifer Johnson, Lead
Darcee McKinnon
Meara White
Jennifer Nelson
Lisa Falk
Leanda Andrade
Deborah Grant
Sylvia Vanden Heuvel

March 12, 2019                                                                                      <<via CM/ECF>>

The Honorable Steven E. Rau
348 Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN 55101

Re:   Notice of Resolution
      *Lemma v. Equity Experts.org Midwest, LLC*
      Court File No. 19-CV-66 (DSD/SER)

Dear Judge Rau:

The parties in the above-captioned case have agreed to resolve the claims between them, and intend to dismiss the action with prejudice once they have signed a written agreement. To that end, the parties request cancellation of the upcoming Rule 16 Conference scheduled for March 13, 2019.

If you have questions, please call me at (612) 824-4357.

Sincerely,

*/s/ Bennett Hartz*

cc: Counsel for Equity Experts.org Midwest, LLC (via CM/ECF)